512 F.2d 674
 75-1 USTC P 9353
 Edward R. FINK and Joan O. Fink, Appellants,
v.
COMMISSIONER OF INTERNAL REVENUE, Appellee.
 No. 74-1222.
 United States Court of Appeals, Ninth Circuit.
 March 25, 1975.
 
 On appeal from the decision of the United States Tax Court; Bruce M. Forrester, U.S. District Judge.
 Edward R. Fink, in pro. per.
 Scott O. Crampton, Asst. Atty. Gen., Tax Div., Dept. of Justice, Washington, D.C.; Meade Whitaker, Chief Counsel IRS, for respondent.
 OPINION
 Before DUNIWAY and KILKENNY, Circuit Judges, and SOLOMON,* District Judge.
 PER CURIAM:
 
 
 1
 The judgment is affirmed for the reasons stated in the opinion of the United States Tax Court. Edward R. Fink, 1973, 60 T.C. 867.
 
 
 
 *
 The Honorable Gus J. Solomon, Senior United States District Judge for the District of Oregon, sitting by designation